USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-14-20



**BASHIAN
PAPANTONIOU P.C.**

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

January 13, 2020

United States District Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

**MEMO ENDORSED**

<u>Re:</u>   *Deleston v. Tony's Pizza of the Bronx Corp. d/b/a Tony's Pizza et al.*
<u>Case No.: 1:19-cv-9282-ALC</u>

Dear District Judge Carter:

Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. We are pleased to inform Your Honor that the above-referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that is intended to be reviewed by the parties for execution. Respectfully, we are requesting together with counsel for defendants a stay of all deadlines and conferences for thirty (30) days so that the parties can finalize the settlement agreement.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

Erik M. Bashian, Esq.

cc:   Michael H. Maizes, Esq. *(via email only)*

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1-14-20

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY, NEW YORK 11530  T: (516) 279-1555  F: (516) 213-0339  WWW.BASHPAPLAW.COM