USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/1/20_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JERMAINE DELESTON,**

                              **Petitioner,**

            **-against-**

**TONY'S PIZZA OF THE BRONX CORP.,**

                              **Defendant.**

**19-cv-9282 (ALC)**

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:      July 1, 2020
            New York, New York

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**